THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAZZA HUGHES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 5:15-cv-05118-BLF<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE BETWEEN<br>PLAINTIFF AND DEFENDANT<br>EQUIFAX INC. ONLY** |

　　　Plaintiff Dazza Hughes, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

| | |
|---|---|
| Date: February 17, 2016. | /s/ *Elliott W. Gale (w/consent)* |
| | Scott J. Sagaria, Esq. (217981) |
| | Elliott W. Gale, Esq. (263326) |
| | Joseph B. Angelo, Esq. (268542) |
| | 2033 Gateway Place, 5th Floor |
| | San Jose, CA 95110 |
| | Telephone: (408) 279-2288 |
| | Fax: (408) 279-2299 |
| | *Counsel for Plaintiff Dazza Hughes* |
| Date: February 17, 2016. | /s/ *Thomas P. Quinn, Jr.* |
| | Thomas P. Quinn (132268) |
| | Nokes & Quinn |
| | 410 Broadway, Suite 200 |
| | Laguna Beach, CA 92651 |
| | Tel: (949) 376-3500 |
| | Fax: (949) 376-3070 |
| | Email: tquinn@nokesquinn.com |
| | *Counsel for Defendant Equifax Inc.* |

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is
2   dismissed with prejudice.  Plaintiff Dazza Hughes and Defendant Equifax Inc. shall
3   each bear their own costs and attorneys' fees.

4
5   Date: _____, 2016         _____
6                                  Honorable Beth Labson Freeman
                                   United States District Court Judge
7
8   DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

# CERTIFICATE OF SERVICE
**Dazza Hughes v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-05118-BLF**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **February 17, 2016**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Jennifer J. Vogel*
JENNIFER J. VOGEL

Place of Mailing: Laguna Beach, California.

Executed on **February 17, 2016,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

## SERVICE LIST

| | |
|---|---|
| Scott J. Sagaria, Esq. | Alyssa M. Staudinger, Esq. |
| Elliott W. Gale, Esq. | Jones Day |
| Joseph B. Angelo, Esq. | 3161 Michelson Drive, Suite 800 |
| Scott M. Johnson, Esq. | Irvine, CA  92612-4408 |
| Sagaria Law, P.C. | Tel: (949)851-3939 |
| 2033 Gateway Place, 5th Floor | Fax: (949)553-7539 |
| San Jose, CA  95110 | Email: astaudinger@jonesday.com |
| Tel: (408)279-2288 | ***Attorneys for Defendant,*** |
| Fax: (408)279-2299 | ***Experian Information Solutions, Inc.*** |
| Email: sjsagaria@sagarialaw.com | |
| Email: egale@sagarialaw.com | |
| Email: jangelo@sagarialaw.com | |
| Email: sjohnson@sagarialaw.com | |

***Attorneys for Plaintiff,***
***Dazza Hughes***

Stuart M. Richter, Esq.
Gregory S. Korman, Esq.
Austin T. Beardsley, Esq.
Katten Muchin Rosenman LLP
100 Spectrum Center Drive, Suite 1050
Irvine, CA 92618-4977
Tel: (714)966.6819
Fax: (714)966.6821
Email: stuart.richter@kattenlaw.com
Email: greg.korman@kattenlaw.com
Email: austin.beardsley@kattenlaw.com

***Attorneys for Defendant,***
***HSBC Bank USA, N.A.***

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY