UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAZZA HUGHES,<br><br>             Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No.  5:15-cv-05118-BLF<br><br>**CASE MANAGEMENT ORDER** |

On March 17, 2016 the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Amended Complaint due | 03/31/2016 |
| Case Management Statement due | 09/29/2016 |
| Further Case Management Conference | 10/06/2016 at 2:00 pm |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | 11/16/2017 at 1:30 pm |
| Trial | 12/11/2017 at 9:00 am |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5      IT IS FURTHER ORDERED THAT the parties are referred to ADR for settlement

6  discussions, to be completed by 05/16/2016.

7

8  Dated:  03/17/2016

9  _____

10 BETH LABSON FREEMAN
   United States District Judge

United States District Court
Northern District of California

2