```
1   SCOTT J. SAGARIA (SBN 217981)
    ELLIOT W. GALE (SBN 263326)
2   JOE ANGELO (SBN 268542)
    SAGARIA LAW, P.C.
3   2033 Gateway Pl., 5th Floor
    San Jose, CA 95110
4   408-279-2288 ph: 408-279-2299 fax

5   Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAZZA HUGHES, | Case No.: 5:15-CV-05118-BLF |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Dazza Hughes and defendant HSBC Bank USA, National Association, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   April 29, 2016

                                        **Sagaria Law, P.C.**
                                        /s/ *Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1