SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAZZA HUGHES, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-05118-BLF <br><br> STIPULATION TO DISMISS DEFENDANT HSBC BANK USA, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Dazza Hughes and defendant HSBC Bank USA, N.A. ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: June 23, 2016        Sagaria Law, P.C.

By: _/s/ Elliot W. Gale_
      Elliot W. Gale
Attorneys for Plaintiff
Dazza Hughes

DATED: June 23, 2016        Katten Muchin Rosenmann LLP

By: _/s/ Austin T. Beardsley_
      Austin T. Beardsley
Attorneys for Defendant
HSBC Bank USA, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Austin T. Beardsley has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant HSBC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Beth L. Freeman
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT HSBC; PROPOSED ORDER - 2