# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DAZZA HUGHES,

    Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.,

    Defendant.

Case No. 15-cv-05118-BLF

**JUDGMENT**

    The Court having granted Defendant IQ Data International, Inc.'s motion for summary judgment on Claim 1 and dismissed Claim 2 without prejudice to the refiling of that claim in state court,

    Judgment is HEREBY ENTERED for Defendant IQ Data International, Inc. and against Plaintiff Dazza Hughes.

    The Clerk shall close the file.

Dated: December 22, 2016

_____
BETH LABSON FREEMAN
United States District Judge